1  R. Scott Weide (NV Bar No. 5541)
   F. Christopher Austin (NV Bar No. 6559)
2  WEIDE & MILLER, LTD.
   Bank of Nevada Building
3  5th Floor, Suite 530
   7251 West Lake Mead Blvd.
4  Las Vegas, NV 89128
   Phone: (702) 382-4804
5  Facsimile: (702) 382-4805
   Email: sweide@weidemiller.com
6         caustin@weidemiller.com

7  Frederick S. Berretta (*pro hac vice*)
   KNOBBE, MARTENS, OLSON & BEAR, LLP
8  12790 El Camino Real
   San Diego, CA 92130
9  Phone: (858) 707-4000
   Facsimile: (858) 707-4001
10 Email: fred.berretta@knobbe.com

11 Marko R. Zoretic (*pro hac vice*)
   KNOBBE, MARTENS, OLSON & BEAR, LLP
12 2040 Main St., 14th Floor
   Irvine, CA 92614
13 Phone: (949) 760-0404
   Facsimile: (949) 760-9502
14 Email: marko.zoretic@knobbe.com

15 Ioanna (Yanna) S. Bouris (*pro hac vice*)
   KNOBBE, MARTENS, OLSON & BEAR, LLP
16 10100 Santa Monica Blvd., Suite 1600
   Los Angeles, CA 90067
17 Phone: (310) 551-3450
   Facsimile: (310) 551-3458
18 Email: yanna.bouris@knobbe.com

19 *Attorneys for Plaintiff*
   *SILVER STATE INTELLECTUAL TECHNOLOGIES, INC.*
20

21 John P. Desmond (NV Bar No. 5618)
   DICKINSON WRIGHT PLLC
22 100 W Liberty Street, Suite 940
   Reno, NV 89501
23 Phone: (775) 343-7500
   Facsimile: (775) 786-0131
24 Email: jdesmond@dickinsonwright.com

25 Darin W. Snyder (*pro hac vice*)
   David S. Almeling (*pro hac vice*)
26 Mark Liang (*pro hac vice*)
   O'MELVENY & MYERS LLP
27 Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111
28 Phone: (415) 984-8700

Facsimile: (415) 984-8701
Email: dsnyder@omm.com
dalmeling@omm.com
mliang@omm.com

Mishima Alam (*pro hac vice*)
(admitted only in CA; supervised by principals of the firm)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 2006
Phone: (202) 383-5300
Facsimile: (202) 383-5414
Email: malam@omm.com

*Attorneys for Defendants*
*GOOGLE INC., MOTOROLA MOBILITY LLC, and WAZE, INC.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., a Nevada corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>GOOGLE INC., a Delaware corporation, MOTOROLA MOBILITY LLC, a Delaware limited liability company, and WAZE, INC., a Delaware corporation,<br><br>         Defendants. | Case No. 2:14-cv-00662-MMD-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Silver State Intellectual Technologies, Inc., and Defendants Google Inc., Motorola Mobility LLC, and Waze Inc., hereby stipulate to the dismissal of the action.  All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE.  All claims, defenses, or counterclaims that Defendants raised are dismissed WITHOUT PREJUDICE.

Dated:  October 1, 2015

KNOBBE, MARTENS, OLSON & BEAR, LLP

/s/ Frederick S. Berretta
Frederick S. Berretta (*pro hac vice*)
Marko R. Zoretic (*pro hac vice*)
Ioanna S. Bouris (*pro hac vice*)

And

WEIDE & MILLER, LTD.
R. Scott Weide
F. Christopher Austin

*Attorneys for Plaintiff*
*SILVER STATE INTELLECTUAL TECHNOLOGIES, INC.*

Dated:  October 1, 2015

O'MELVENY & MYERS LLP

/s/ David S. Almeling
Darin W. Snyder (*pro hac vice*)
David S. Almeling (*pro hac vice*)
Mark Liang (*pro hac vice*)
Mishima Alam (*pro hac vice*)

And

DICKINSON WRIGHT PLLC
John P. Desmond

*Attorneys for Defendants*
*GOOGLE INC., MOTOROLA MOBILITY LLC, and WAZE, INC*

**IT IS SO ORDERED:**

_____
United States District Judge

Dated: __October 1, 2015_____

1